due form. Hence no questions are presented for review.

The judgment of the trial court is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DAVIDSON v. STATE.

### No. 18188.

**Court of Criminal Appeals of Texas.**

April 15, 1936.

## PRICE v. STATE.

### No. 18177.

**Court of Criminal Appeals of Texas.**

April 15, 1936.

A. A. Dawson, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, Judge.**

The offense is possession of whisky for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Pending appeal, the law under which appellant was convicted has been repealed.

The judgment is reversed, and the prosecution ordered dismissed.

Davis, Avery & Wallace, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**KRUEGER, Judge.**

The appellant was tried and convicted of the offense of murder without malice aforethought, and his punishment was assessed at confinement in the State Penitentiary for a term of five years.

The record is before us without a statement of facts or bills of exception. The indictment appears to be regular and in

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.